UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE RUTH BERMUDEZ MONTENEGRO | **ORDER OF TRANSFER** |

The following cases are transferred from the calendar of the Honorable Linda Lopez to the calendar of the Honorable Ruth Bermudez Montenegro. After this transfer, the case number should be changed to reflect the initials of Judge Montenegro. Therefore, in all case numbers, the "LL" that appears after the case number should be changed to "RBM." The assigned magistrate judge will remain the same. This change should be made on future filings to ensure that documents are properly sent to Judge Montenegro. All pending dates—whether before Judge Lopez or any magistrate judge—remain unchanged.

1. *Echologics, LLC et al. v. Orbis Intelligent Systems, Inc.*, 21cv1147-LL-AHG;

2. *Evers v. Sodexo Management, Inc. et al.*, 19cv1907-LL-BLM, together with related and member cases:

    a. *Grano v. Sodexo, Inc.*, 18cv1818-LL-BLM,

    b. *Anderson v. Sodexo Management, Inc. et al.*, 19cv1903-LL-BLM,

    c. *Baker v. Sodexo Management, Inc. et al.*, 19cv1904-LL-BLM,

    d. *Browning v. Sodexo Management, Inc. et al.*, 19cv1905-LL-BLM,

    e. *Lader v. Sodexo Management, Inc. et al.*, 19cv1908-LL-BLM,

    f. *Abbott v. Sodexo Management, Inc. et al.*, 19cv1917-LL-BLM;

  3. *Mascorro v. The City of San Diego et al.*, 21cv1427-LL-AGS, together with member cases:

    a. *Mascorro v. The County of San Diego et al.*, 21cv2012-LL-AGS,

    b. *Mascorro v. The City of San Diego et al.*, 21cv1725-LL-AGS;

  4. *Soe v. Progenity, Inc. et al.*, 20cv1683-LL-AHG, together with member and related cases:

    a. *Brickman Investments Inc. v. Progenity, Inc. et al.*, 20cv1795-LL-AHG,

    b. *Bushansky v. Stylli et al.*, 21cv1065-LL-AHG;

  5. *Vashisht-Rota v. Howell Management Services et al.*, 20cv321-LL-KSC, together with related cases:

    a. *Vashisht-Rota v. Harrisburg University*, 20cv967-LL-KSC,

    b. *Vashisht-Rota v. Ottawa University*, 20cv959-LL-KSC;

  6. *Skyline Wesleyan Church v. California Department of Managed Health Care et al.*, 16cv501-LL-MSB;

  7. *Black v. City of San Diego, et al.*, 21cv1990-LL-JLB;

  8. *Testone et al. v. Barleans Organic Oils, LLC*, 19cv169-LL-BGS;

  9. *Williams & Cochrane, LLP v. Quechan Tribe of the Fort Yuma Indian Reservation et al.*, 17cv1436-LL-DEB;

  10. *Cleveland v. The Behemoth et al.*, 19cv672-LL-BGS;

  11. *Stewart v. Quest Diagnostics Clinical Laboratories, Inc. et al.*, 19cv2043-LL-KSC.

///

///

///

**IT IS SO ORDERED**.

Dated: April 6, 2022

Honorable Linda Lopez
United States District Judge